

# UNITED STATES TAX COURT
WASHINGTON, D.C. 20217
February 2, 2017

CLERK OF THE COURT

LISA A. EDWARDS & JOSEPH P. THOMAS, ET AL )
          Petitioners     )
                                )
          v.                      )    Docket No 23392-12.
                                )              17467-15L
COMMISSIONER OF INTERNAL REVENUE, )
                                )              17-1042
          Respondent.     )

## NOTICE OF FILING OF NOTICE OF APPEAL

TO:

| Mark J. Langer, Clerk | William J. Wilkins | Bruce Elwyn Gardner |
|---|---|---|
| U. S. Court of Appeals | Chief Counsel | The Gardner Law Firm |
| for the District of Columbia | Internal Revenue Service | Suite 300 |
| Circuit | 1111 Constitution Ave, NW | 1101 Pennsylvania Avenue, N.W. |
| U. S. Courthouse | Washington, DC 20224 | Washington, DC 20004 |
| Room 5423 | | |
| 333 Constitution Avenue, NW | | |
| Washington, DC 20001-2866 | | |

     The United States Court of Appeals for the DC Circuit and the parties are hereby notified that on February 1, 2017 petitioners filed a Notice of Appeal from the orders of Dismissal of the Tax Court. A copy of that Notice of Appeal is herewith served upon you.

     The parties are hereby notified that the original papers constituting the record of the cases in the United States Tax Court include any transcripts of proceedings.

     The parties are also notified that, pursuant to the direction of the Court of Appeals, the record in these cases will be retained by the Clerk of the United States Tax Court, unless the record or a portion thereof is requested by the Court of Appeals.

     Counsel for the Commissioner of Internal Revenue are **GILBERT S. ROTHENBERG, CHIEF, APPELLATE SECTION, TAX DIVISION, UNITED STATES DEPARTMENT OF JUSTICE, P.O. BOX 502, WASHINGTON, D.C. 20044, UPON WHOM SERVICE OF DOCUMENTS AND PAPERS IN PROCEEDINGS IN THE COURT OF APPEALS IS TO BE MADE,** and William J. Wilkins, Chief Counsel, Internal Revenue Service.

                                                     Stephanie A. Servoss
                                                     Clerk of the Court

Enclosures: Copy of Notice of Appeal and Docket Entries.

Fee Paid:     Yes X  No _

**SERVED Feb 03 2017**

US TAX COURT
RECEIVED
FEB 01 2017

USCA Case #17-1042    Document #1659721    Filed: 02/03/2017    Page 2 of 7



US TAX COURT
FILED
FEB 01 2017

LISA A. EDWARDS & JOSEPH P. THOMAS, ET AL
    Petitioner(s)

v.

COMMISSIONER OF INTERNAL REVENUE,
    Respondent

PAPER FILED

Docket No.   23392-12
                17467-15L

## NOTICE OF APPEAL

**SERVED Feb 03 2017**



UNITED STATES TAX COURT

| | |
|---|---|
| LISA A. EDWARDS & JOSEPH P. THOMAS | } |
| Petitioners, | } |
| v. | } DOCKET NOS. 23392-12 |
| COMMISSIONER OF INTERNAL REVENUE, | } 17467-15L |
| Respondent. | } |

### NOTICE OF APPEAL.

Notice is hereby given that Lisa A. Edwards and Joseph P. Thomas hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the decisions of this Court entered in the above-captioned proceeding on the 21st day of December, 2016 and the 3rd day of January 2017 relating to the dismissal of the above captioned cases and denial of their Motion For An Award of Reasonable Administrative and Litigation Costs.

January 31, 2017

Respectfully submitted,

Bruce E. Gardner, Esq
Counsel for Petitioners
Tax Court Bar # GB011
The Gardner Law Firm, P.C.
1101 Pennsylvania Ave NW
Suite 300
Washington, D.C. 20004
(202) 271-0552

1

UNITED STATES TAX COURT
WASHINGTON, DC 20217

PA

| | |
|---|---|
| JOSEPH P. THOMAS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Docket No. 17467-15 L |
| | ) |
| COMMISSIONER OF INTERNAL REVENUE, | ) |
| | ) |
| Respondent. | ) |

## ORDER OF DISMISSAL FOR LACK OF JURISDICTION

For the reasons set forth in the Court's Order dated December 21, 2016, it is

ORDERED that respondent's motion to dismiss for lack of jurisdiction, filed September 4, 2015, is granted, and this case is dismissed.

Lewis R. Carluzzo
Special Trial Judge

ENTERED: **JAN 03 2017**

**SERVED Jan 03 2017**

Docket No.   017467-15  L                                                          INDEX

Joseph P. Thomas

v. COMMISSIONER OF INTERNAL REVENUE

3918 2nd Street S.W.
Washington, DC  20032

| Petitioner Counsel    (Total 01) | Respondent Counsel    (Total 02) |
|---|---|
| GB0011    Gardner, Bruce Elwyn | GW0389    Gregg, William J. |
| The Gardner Law Firm | IRS SB/SE Assoc. Area Counsel |
| Suite 300 | 5th Floor |
| 1101 Pennsylvania Avenue, N.W. | 455 Massachusetts Avenue NW |
| Washington, DC  20004 | Washington, DC  20001 |
|  |  |
|  | CB0332    Cirenza, Bartholomew |
|  | 455 Massachusetts Ave NW |
|  | 5th Floor |
|  | Washington, DC  20001 |

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | | M |
|---|---|---|---|---|---|---|---|
| 0001 | 07/08/2015 | PF | PETITION FILED by Petr. Joseph P. Thomas: FEE PAID | | R | 07/13/2015 | |
| 0002 | 07/08/2015 | RQT | REQUEST FOR PLACE OF TRIAL AT WASHINGTON, DC by Petr. Joseph P. Thomas | | R | 07/13/2015 | |
| 0003 | 09/04/2015 | M073 | MOTION TO DISMISS FOR LACK OF JURISDICTION by Resp. (OBJECTION) | ORD  01/03/2017 | P | 09/04/2015 | |
| 0004 | 09/09/2015 | O | ORDER PETR. BY 10/1/15 FILE AN OBJECTION TO MOTION TO DISMISS FOR LACK OF JURISDICTION. | | B | 09/10/2015 | |
| 0005 | 09/24/2015 | OPPO | OPPOSITION TO MOTION TO DISMISS FOR LACK OF JURISDICTION by Petr. Joseph P. Thomas (EXHIBITS) | | R | 09/24/2015 | |
| 0006 | 10/26/2015 | O | ORDER RESP. BY 11/17/15 FILE A RESPONSE TO PETR. OPPOSITION TO MOTION TO DISMISS FOR LACK OF JURISDICTION. | | B | 10/27/2015 | |
| 0007 | 11/17/2015 | RSP | RESPONSE TO OPPOSITION TO MOTION TO DISMISS FOR LACK OF JURISDICTION by Resp. | | P | 11/17/2015 | |
| 0008 | 11/18/2015 | NODC | NOTICE OF DOCKET CHANGE OF RESPONSE TO ORDER DATED 10/26/2015 BY RESP. FILED 11/17/2015.  THE WRONG DOCUMENT TITLE WAS SELECTED AND THE RECORD HAS BEEN CORRECTED TO REFLECT RESPONSE TO OPPOSITION TO MOTION TO DISMISS FOR LACK OF JURISDICTION FILED BY RESPONDENT. | | B | 11/18/2015 | |
| 0009 | 12/17/2015 | OAJ | ORDER THAT CASE IS ASSIGNED TO S.T. JUDGE CARLUZZO . | | B | 12/18/2015 | |
| 0010 | 01/05/2016 | O | ORDER SET 1/21/16 WASHINGTON, DC (DC MOTIONS SESSION) AT A TIME & DATE CERTAIN OF 11:00 A.M.  FOR HEARING ON RESP. MOTION TO DISMISS FOR LACK OF JURISDICTION. | | B | 01/05/2016 | |
| 0011 | 01/14/2016 | M006 | MOTION FOR CONTINUANCE OF HEARING by Petr. Joseph P. Thomas (NO OBJECTION) | ORD  01/14/2016 | R | 01/14/2016 | |

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | | SERVED | M |
|---|---|---|---|---|---|---|---|
| 0012 | 01/14/2016 | O | ORDER CONTINUE & SET 3-2-16 DC MOTIONS FOR HEARING ON RESP. MOTION TO DISMISS FOR LACK OF JURISDICTION. PETR. MOTION FOR CONTINUANCE FILED 1-14-16 IS GRANTED. | | B | 01/15/2016 | |
| 0013 | 03/02/2016 | HEAR | HEARING BEFORE S.T. JUDGE CARLUZZO AT WASHINGTON, DC  9-4-15 RESP. MOTION TO DISMISS FOR LACK OF JURISDICTION -SEE ORDER DATED 1/3/17. | | | | |
| 0014 | 03/02/2016 | O | ORDER RESP. MOTION TO DISMISS FOR LACK OF JURISDICTION FILED 9-4-15 IS HELD IN ABEYANCE. DOCKET NOS. 23392-12 & 17467-15L ARE CONSOLIDATED. | | B | 03/17/2016 | |
| 0015 | 03/11/2016 | TRAN | TRANSCRIPT OF 3-2-16 RECEIVED (HEARING) | | | | |
| 0016 | 03/22/2016 | O | ORDER SIMULTANEOUS BRIEFS ARE DUE 5/6/16 AS STATED HEREIN. | | B | 03/22/2016 | |
| 0017 | 06/08/2016 | M011 | MOTION FOR EXTENSION OF TIME TO FILE SIMULTANEOUS BRIEFS TO 6/27/16 by Petr. Joseph P. Thomas (OBJECTION) | GRM 06/08/2016 | R | 06/08/2016 | |
| 0018 | 06/08/2016 | NODC | NOTICE OF DOCKET CHANGE OF MOTION FOR EXTENSION OF TIME BY PETRS. LISA A. EDWARDS & JOSEPH P. THOMAS FILED 06/08/2016.  DOCUMENT HAS BEEN ADDED TO CASE AT DOCKET NUMBER 17467-15L. | | B | 06/08/2016 | |
| 0019 | 06/08/2016 | GRM | GRANTED MOTION FOR EXTENSION OF TIME TO FILE SIMULTANEOUS BRIEFS TO 6/27/16 by Petr. Joseph P. Thomas | | B | 06/08/2016 | |
| 0020 | 06/27/2016 | SIOB | SIMULTANEOUS OPENING BRIEF by Resp. | | P | 06/28/2016 | |
| 0021 | 06/27/2016 | SIOB | SIMULTANEOUS OPENING BRIEF by Petr. Joseph P. Thomas | | R | 06/28/2016 | |
| 0022 | 06/28/2016 | NODC | NOTICE OF DOCKET CHANGE OF SIMULTANEOUS OPENING BRIEF BY RESP. & PETRS. FILED 06/27/2016.  EACH DOCUMENT HAS BEEN ADDED TO THE CASE AT DOCKET NUMBER 17467-15L. | | B | 06/28/2016 | |
| 0023 | 07/31/2016 | ASOB | AMENDED SIMULTANEOUS OPENING BRIEF by Petr. Joseph P. Thomas | | R | 08/02/2016 | |
| 0024 | 07/31/2016 | SIAB | SIMULTANEOUS ANSWERING BRIEF by Petr. Joseph P. Thomas (EXHIBIT) | | R | 08/02/2016 | |
| 0025 | 08/01/2016 | NODC | NOTICE OF DOCKET CHANGE OF AMENDED SIMULTANEOUS OPENING BRIEF AND SIMULTANEOUS ANSWERING BRIEF BY PETRS. LISA A. EDWARDS & JOSEPH P. THOMAS AND JOSEPH P. THOMAS FILED 07/31/2016.  EACH DOCUMENT HAS BEEN ADDED TO THE CASE AT DOCKET NUMBER 17467-15L. | | B | 08/01/2016 | |
| 0026 | 12/21/2016 | O | ORDER THAT APPROPRIATE ORDERS OF DISMISSAL WIL BE ENTERED IN EACH CASE. | | B | 12/21/2016 | |
| 0027 | 01/03/2017 | OD | ORDER OF DISMISSAL ENTERED, S.T. JUDGE CARLUZZO.   RESPONDENT'S MOTION TO DISMISS FOR LACK OF JURISDICTION, FILED 9/4/15, IS GRANTED AND THIS CASE IS DISMISSED. | | B | 01/03/2017 | |
| A P P E L L A T E   P R O C E E D I N G S | | | | | | | |
| 0028 | 02/01/2017 | NOAP | NOTICE OF APPEAL BY PETR(S). TO U.S.C.A. D.C. CIR. | | B | 02/03/2017 | |
| 0029 | 02/01/2017 | MISC | FILING FEE RECEIVED by Petr. Joseph P. Thomas | | | | |

USCA Case #17-1042    Document #1659721    Filed: 02/03/2017    Page 7 of 7

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | | SERVED | M |
|---|---|---|---|---|---|---|---|
| 0030 | 02/02/2017 | NOFC | NOTICE OF FILING W/ COPY OF NOT. OF APP. SENT TO THE PARTIES. | | B | 02/03/2017 | |

USCA Case #17-1042    Document #1659721    Filed: 02/03/2017    Page 7 of 7

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT DTE | SERVED | M |
|---|---|---|---|---|---|---|